UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUSAN WEINSTEIN, *et al*,

        Plaintiffs/Judgment-Creditors,      Docket No: 12-mc-150-P1

        - against –

THE ISLAMIC REPUBLIC OF IRAN, et al.,

        Defendants/Judgment-Debtors.

------------------------------------------------------------------X

## ORDER

The Plaintiffs/Judgment-Creditors having demonstrated to this Court that their application for leave to file executions is based upon information which is subject to a protective order issued by the United States District Court for the District of the District of Columbia and that such protective order requires the information provided to be treated as confidential and filed under seal whenever filed with a court;

NOW, THEREFORE, IT IS ORDERED:

Plaintiffs/Judgment-Creditors' application for an order permitting the Clerk to issue a Writ of Execution, and any Writ of Execution issued by the Clerk, and any return of service thereof, shall be filed under seal

Dated: March 9, 2016

                              *Deborah A. Batts*
                              U.S.D.J.